# UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

COOPER TIRE & RUBBER CO.,

           Plaintiff,           Case No. 3:05 CV 7063

-vs-

                                  O R D E R

JASON M. SHINN,

           Defendant.

KATZ, J.

The Court conducted a status conference on March 15, 2005. Defendant's motion for expedited discovery (Doc. No. 11) is denied with leave to reinstate after Defendant's deposition has been taken. The hearing date of March 23, 2005 at 9:30 a.m. is confirmed.

IT IS SO ORDERED.

                                                    S/ *David A. Katz*
                                                    DAVID A. KATZ
                                                    SENIOR U. S. DISTRICT JUDGE