**UNDER SEAL**

05 JUN 24 PM 3:06 FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Cooper Tire & Rubber Company, | ) Case No. 3:05-CV-7063 |
| | ) |
| Plaintiff, | ) [Honorable David A. Katz] |
| | ) |
| v. | ) DEFENDANT'S MOTION TO ALLOW |
| | ) MCHUGH, DENUNE & MCCARTHY, |
| | ) LTD. TO WITHDRAW AS COUNSEL OF |
| Jason M. Shinn, | ) RECORD |
| | ) |
| Defendant. | ) **CASE FILED UNDER SEAL** |
| | ) |
| | ) John J. McHugh, III (0019750) |
| | ) Stephen B. Mosier (0019769) |
| | )   5580 Monroe Street |
| | )   Sylvania, Ohio 43560 |
| | )   Telephone:  (419) 885-3597 |
| | )   Facsimile:  (419) 885-3861 |
| | ) Trial Counsel for Defendant |
| _____ / | |

Pursuant to Local Civil Rule 83.9, defendant Jason M. Shinn hereby moves for

entry of an order allowing the lawfirm of McHugh, DeNune & McCarthy, Ltd., and attorneys

John J. McHugh, III and Stephen B. Mosier, to withdraw as counsel of record for defendant in

this case.

Defendant, Jason M. Shinn, a duly-licensed attorney at law, wishes to represent

himself for all necessary concluding activities in this case, and is fully ready and capable of

doing so vigorously and effectively. Continuity of representation is assured, and no impediment

to the progress of this case will be created by the granting of this motion. Tendered herewith for

the convenience of the Court is a proposed form of order granting the relief requested.

Of Counsel for Defendant:

McHUGH, DeNUNE & McCARTHY, LTD.
5580 Monroe Street
Sylvania, Ohio 43560

_____
John J. McHugh, III (0019750)
Stephen B. Mosier (0019769)
5580 Monroe Street
Sylvania, Ohio 43560
Telephone:  (419) 885-3597
Facsimile:  (419) 885-3861
Trial Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion to Allow McHugh, DeNune & McCarthy, Ltd. To Withdraw As Counsel of Record was duly served by ordinary U.S. mail, postage prepaid, upon counsel for plaintiff, William M. Connelly, at his address of Connelly, Jackson & Collier, LLP, 405 Madison Avenue, Suite 1600, Toledo, Ohio 43604, this 23rd day of June, 2005.


Of Counsel for Defendant:

McHUGH, DeNUNE & McCARTHY, LTD.
5580 Monroe Street
Sylvania, Ohio 43560

_____
John J. McHugh, III (0019750)
Stephen B. Mosier (0019769)
5580 Monroe Street
Sylvania, Ohio 43560
Telephone:  (419) 885-3597
Facsimile:  (419) 885-3861
Trial Counsel for Defendant