# MINUTES OF PROCEEDINGS

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

### Judge James G Carr

DATE: November 29, 2005                COURT REPORTER: April Metzler

Cooper Tire & Rubber Co.,

    Plaintiff(s),

v.                                     Case No. 3:05cv7063

Jason Shinn,

    Defendant(s).

Matter called for an evidentiary hearing. Testimony taken: Jason Shinn, Robert Trafford, Lawrence Hughes, Nathan Lindell (via phone). Defendant rested. Plaintiff recalled Lawrence Hughes, William Connelly, recalled Robert Trafford. Court found that the issue re. ex parte is overruled. Other issue taken under advisement.

Exhibits:
  Plfts: 1-4 admitted; 5-proferred, 6,7,8,9,10, 11
  Deft: A,B,3- admitted

                                        S/Amy L. Schroeder
                                        Courtroom Deputy Clerk

6 hours